**FILED**

JUN 0 7 2012

DAVID CREWS, CLERK
By: _Willerson_
Deputy

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:12CR003

BRADLEY A. BROWN

### PLEA AGREEMENT

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1.    GUILTY PLEA: The defendant agrees to plead guilty under oath to Count One of the Indictment, which charges accessing with intent to view child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B), which carries maximum possible penalties of not more than 10 years imprisonment, $250,000 fine, not less than 5 years and not more than life supervised release and a special assessment of $100.

2.    OTHER CHARGES: The United States agrees not to charge the defendant with any other offenses arising from or related to the above charge and agrees to dismiss all other counts of the Indictment as to this defendant upon conclusion of sentencing on Count One.

3.    OTHER AUTHORITIES: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the United States with regard to any matter, criminal or civil, involving federal tax laws. Nor does this agreement bind the United States or any of its departments or agencies with regard to any civil or

06/05/2012    15:05    RONALD D MICHAEL PA 662-728-0465 → 16622340250    NO. 172    D006

administrative actions or remedies.

4.    VIOLATIONS OF THIS AGREEMENT:    If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence.    Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

5.    ACKNOWLEDGMENTS:    No Other Agreements; Defendant Is in Fact Guilty. Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the plea(s) of guilty.  This agreement fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney.  The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion.  The defendant is pleading guilty because defendant is in fact guilty.

This the ___6th___ day of ___June___, 2012.


_____
FELICIA C. ADAMS
United States Attorney


AGREED AND CONSENTED TO:

_____
BRADLEY A. BROWN

APPROVED:

_____
RONALD DALE MICHAEL
Attorney for Defendant
Mississippi Bar No. 3009